AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America  )
          *Plaintiff*  )
          v.  )   Case No. 25-508
Diante Smith  )
          *Defendant*  )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diante Smith

Date: 1-7-26

*Attorney's signature:* Abigail B. Gustafson

*Printed name and bar number:* Abigail B. Gustafson  330596

*Address:* 1219 Spruce Street, Philadelphia, PA 19107

*E-mail address:* agustafson@mtvlaw.com

*Telephone number:* 215-546-1000

Designation: Retained

agustafson@mtvlaw.com